IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TAALAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Case No. 4:12-cv-00013-RRB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Richard Taalak, by and through his undersigned attorney and defendant, United States of America, through its undersigned attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

**DATED** at Fairbanks, Alaska this 4th day of June, 2013.

**STEPOVICH & VACURA LAW OFFICE**

**Dated: June 4th, 2013**   **BY:**   s/Allen Vacura
ALLEN VACURA – ABA # 9506033
Attorney for Plaintiff

Karen L. Loeffler
United States Attorney

**Dated: June 4th, 2013**   **BY:**   s/(Consent)
Susan Lindquist – ABA # 9008053
Assistant U.S. Attorney
Attorney for Defendant

STEPOVICH & VACURA LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 452-5205